IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) NO. 13-30117-MJR |
| | ) |
| JAMES K. FOGARTY, | ) |
| | ) |
| DEFENDANT. | ) |

## DEFENDANT'S FIRST MOTION TO CONTINUE

Comes now the Defendant, James Fogarty, by and through his attorney, Justin Kuehn, and in support thereof, states as follows:

1. On June 18, 2013, the Defendant was charged by way of a two count Indictment with the offenses of Possession with Intent to Distribute Cocaine (Count I) and Unlawful User of Cocaine in Possession of Firearms (Count II).

2. Discovery was tendered on July 12, 2013. The defense is presently reviewing discovery, which includes reams of telephone records that require examination and analysis.

3. Moreover, the parties are negotiating, with the hopes of reaching a mutually agreeable disposition. Activities aimed at obtaining both a plea agreement, and an accompanying addendum, are underway. A change of plea is ultimately contemplated.

4. Undersigned counsel is presently preparing for trial in the matter of *People v. Claude Williams*, 07-CF-1342, a very dated first degree murder case with a firm trial date of August 19, 2013, before the Honorable Zina Cruse. This case is dominating

counsel's attention.

5. The defense is respectfully requesting a continuance of between sixty (60) and (90) days to allow the defense adequate time to evaluate discovery and finalize an agreement with the Government.

6. The Government's attorney, Jim Porter, has been contacted and offers no objection to the present motion.

WHEREFORE, the Defendant, James Fogarty, respectfully prays that Defendant's First Motion to Continue be granted.

s/Justin A. Kuehn
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL 62220
Telephone: (618) 277-7260
justinkuehn@kuehnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2013, I electronically filed the DEFENDANT'S FIRST MOTION TO CONTINUE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record

s/Justin A. Kuehn
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL 62220
Telephone: (618) 277-7260
clydekuehn@kuehnlawfirm.com